**Order filed March 16, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00044-CV
_____

### IN THE INTEREST OF G.M., A CHILD

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2015-13128**

---

## O R D E R

The clerk's record was filed April 17, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain appellants' counterpetition in which they requested termination of appellee's parental rights.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before March 30, 2021, containing appellants' counterpetition in which they requested termination of appellee's parental rights.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Justices Wise, Zimmerer, and Poissant.